**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JANET GUINN,                                        CV-N-96-0514-DWH(RAM)

    Plaintiff,

    vs.                                        **ORDER**

DAVID A ROSIN, *et al.*,

    Defendants.

_____/

    The plaintiff's motion for reconsideration and request for hearing (Doc. #31) is DENIED.

    This court's Order of August 29, 2005, is modified by striking the referral to a "motion for extension of time" and substituting the words "application to proceed *in forma pauperis* (Doc. #25)."

    It is so ORDERED.

    Dated this 9th day of November, 2005.

_____
SENIOR U.S. DISTRICT JUDGE